IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER J. HOLMES,

    Plaintiff,

v.                                                       Civil Action No. 3:18cv57

JASON NORTON,

    Defendant.

## ORDER

It is hereby ORDERED that the parties in this case participate in an expedited joint settlement conference scheduled for March 5, 2018, at 9:30 a.m. before United States Magistrate Judge David J. Novak, with related cases related cases *Ensley, et al. v. City of Richmond, et al.*, 3:17cv24-MHL, *Johnson, et al. v. City of Richmond, et al.*, 3:17cv553-MHL, and *Thomas v. Norton*, 3:17cv30-HEH. Counsel shall abide by whatever further instructions or requirements may be imposed by Magistrate Judge Novak.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: 2/13/18