IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER J. HOLMES,

    **Plaintiff,**

v.                                                                                                             **Civil Action No. 3:18cv57**

JASON NORTON,

    **Defendant.**

### ORDER

This matter comes before the Court on Plaintiff Christopher J. Holmes's Motion for Extension of Time (the "Motion").[1] (ECF No. 10.) Holmes seeks an extension until March 16, 2018, to respond to Defendant Jason Norton's Motion to Dismiss. (Mot. 1, ECF No. 10.) In support of the Motion, Holmes states that "[a] Settlement Conference is scheduled in this action for March 5, 2018, . . . and the parties are working toward settlement." (*Id.*) Holmes represents that Norton consents to the request for an extension. (*Id.* at 2.)

---

[1] Federal Rule of Civil Procedure 6 governs extensions of time. Rule 6(b) states in pertinent part: "**(1) *In General.*** When an act may or must be done within a specified time, the court may, for good cause, extend the time: **(A)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A). Holmes filed the Motion prior to the expiration of the original deadline.

Upon due consideration, for good cause shown, and based on the parties' agreement, the Court GRANTS the Motion. (ECF No. 10.) Holmes SHALL file his response to Norton's Motion to Dismiss no later than close of business March 16, 2018.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 3/1/18
Richmond, Virginia