**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**CHRISTOPHER HOLMES,**

    **Plaintiff,**

                                            **Civil Action No.: 3:18-CV-00057**

**JASON NORTON,**

    **Defendant.**

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their representative counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| David L. Epperly, Jr. | David P. Corrigan |
| /s/ | /s/ |
| EPPERLY & FOLLIS, P.C. | HARMAN CLAYTOR CORRIGAN & WELLMAN |
| 7 East Franklin Street | 4951 Lake Brook Drive, Suite 100 |
| Richmond, VA 23219 | Glen Allen, VA 23060 |
| (804) 648-6480 Telephone | (804) 747-5200 Telephone |
| (804) 643-1551 Facsimile | (804) 747- 6085 Facsimile |
| depperly@lawyersva.com | dcorrigan@hccw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: | Dated: |